# United States District Court for the Southern District of New York

**1:25cv8674-LTS**

| | | |
|---|---|---|
| **Felipe N Gomez** *Plaintiff,* | ) ) | |
| v. | ) | **Notice of Appeal** |
| Morgan Stanley/ETrade, et al *Defendants.* | ) ) ) | |

**Felipe N. Gomez**, Pro Se plaintiff in the above-named case, proceeding IFP, hereby appeals to the United States Court of Appeals for the Circuit from the order [17] sua sponte transferring this matter to the NDIL and pre-denying IFP for this appeal (without specifying reasons as required under FRCP 24(a)(3)(A)) where, as noted in [19] Plaintiff could not have filed this matter in NDIL, as he is barred from filing, prosecuting or defending any civil lawsuit in NDIL under the Mack Bar issued in CA7 21-1597, and where ~~SDNY is forum convenes for the single~~ largest interpleader claimant, Morgan/ETrade, and thus this NOA is filed not only as a prerequisite to a petition for writ to the High Court, but also to preserve the claim as to the interpleader which at the best will be DWOP in NDIL due to inability to address the court.

Dated: 9.1.26

Apellant Pro Se: *s/Felipe N Gomez*
Address: 922 Curtiss St. #66
Downer's Grove, IL 60515
312.509.2071
t312.509.2071@gmail.com

CLOSED,APPEAL,ECF,PRO−SE,SUA−SPONTE

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25−cv−08674−LTS

Gomez v. Morgan Stanley ETrade et al
Assigned to: Judge Laura Taylor Swain
Cause: 28:1335 Interpleader Action

Date Filed: 10/17/2025
Date Terminated: 08/13/2026
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Felipe Nery Gomez** represented by **Felipe Nery Gomez**
P.O. Box 9263
Lombard, IL 60148
312−509−2071
Email: 233023gomez@gmail.com
PRO SE

V.

**Defendant**

**Morgan Stanley ETrade**

**Defendant**

**Internal Revenue Service**
*Department of the Treasury*

**Defendant**

**Illinois Department of Revenue**
*Bankruptcy Section*

**Defendant**

**Synchrony Bank**
*AIS InfoSource LP*

**Defendant**

**Kevin Besetzny**

**Defendant**

**Frank Kokoszka, Esq.**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2025 | 1 | COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF against Kevin Besetzny, Illinois Department of Revenue, Internal Revenue Service, Morgan Stanley ETrade, Synchrony Bank. Document filed by Felipe Nery Gomez. (jjc) (Entered: 10/21/2025) |
| 10/17/2025 | 2 | APPLICATION TO PROCEED WITHOUT REPAYING FEES OR COSTS. Document filed by Felipe Nery Gomez. (jjc) (Entered: 10/21/2025) |
| 10/17/2025 | | Case Designated ECF. (jjc) (Entered: 10/21/2025) |
| 10/17/2025 | 3 | CIVIL COVER SHEET filed. (jjc) (Entered: 10/21/2025) |
| 10/17/2025 | 5 | NOTICE OF PRO SE APPEARANCE by Felipe Nery Gomez. (jjc) (Entered: 10/21/2025) |

| | | |
|---|---|---|
| 10/21/2025 | 4 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Chief Judge Laura Taylor Swain on 3/18/2024) (jjc) (Entered: 10/21/2025) |
| 10/21/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(jjc) (Entered: 10/21/2025) |
| 10/22/2025 | | NOTICE OF CASE REASSIGNMENT − SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case..(kgo) (Entered: 10/22/2025) |
| 10/22/2025 | | MAILING RECEIPT: Document No: 4. Mailed to: Felipe Nery Gomez P.O. Box 9263 Lombard, IL 60148. (anc) (Entered: 10/22/2025) |
| 12/11/2025 | 6 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 12/11/2025) (sac) (Entered: 12/11/2025) |
| 12/11/2025 | 7 | PLAINTIFF'S IDENTIFICATION AND MOTION FOR DECLARATION AS TO CURRENT INTERPLEADER RES (28 USC § 1335). Document filed by Felipe Nery Gomez. (tp) (Entered: 12/15/2025) |
| 12/12/2025 | | MAILING RECEIPT: Document No: 6. Mailed to: Felipe Nery Gomez P.O. Box 9263 Lombard, IL 60148. (nb) (Entered: 12/12/2025) |
| 01/02/2026 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Internal Revenue Service 1111 Constitution Avenue, NW Washington, DC 20224. Document filed by Felipe Nery Gomez. (vfr) (Entered: 01/07/2026) |
| 01/02/2026 | 9 | REQUEST FOR ISSUANCE OF SUMMONS as to Kevin Besetzny 1105 N. Delphia Ave Mt. Prospect IL 60068. Document filed by Felipe Nery Gomez. (vfr) (Entered: 01/07/2026) |
| 01/02/2026 | 10 | REQUEST FOR ISSUANCE OF SUMMONS as to Illinois Department of Revenue Willard Ice Building 101 West Jefferson Street Springfield, Illinois 62702. Document filed by Felipe Nery Gomez. (vfr) (Entered: 01/07/2026) |
| 01/02/2026 | 11 | REQUEST FOR ISSUANCE OF SUMMONS as to Morgan Stanley/E*Trade 1585 Broadway New York, NY 10036. Document filed by Felipe Nery Gomez. (vfr) (Entered: 01/07/2026) |

| | | |
|---|---|---|
| 01/02/2026 | 12 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Felipe N Gomez consents to receive electronic service via the ECF system. Document filed by Felipe Nery Gomez. (ar) (Entered: 01/07/2026) |
| 01/02/2026 | 13 | MOTION for Permission for Felipe N Gomez to participate in electronic case filing in this case. Document filed by Felipe Nery Gomez.(ar) (Entered: 01/07/2026) |
| 01/13/2026 | 14 | FIRST AMENDED COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF amending 1 Complaint against Kevin Besetzny, Illinois Department of Revenue, Internal Revenue Service, Morgan Stanley ETrade, Synchrony Bank, Frank Kokoszka, Esq..Document filed by Felipe Nery Gomez. Related document: 1 Complaint. (ar) (Entered: 01/15/2026) |
| 03/04/2026 | 15 | MOTION FOR JUDICIAL NOTICE OF KOKOZSKA 3.2.26 REPORT DISSIPATION OF GOMEZ ASSETS. Document filed by Felipe Nery Gomez. (jjc) (Entered: 03/05/2026) |
| 07/06/2026 | 16 | MOTION FOR LEAVE TO FILE A FIRST SUPPLEMENTAL COMPLAINT, INSTANTER PURSUANT TO FRCP 15(d) ADDING ILLINOIS ARDC AND BRIAN SINGER. Document filed by Felipe Nery Gomez. (jbo) (Entered: 07/08/2026) |
| 08/13/2026 | 17 | TRANSFER ORDER: The Court directs the Clerk of Court to transfer this interpleader action to the United States District Court for the Northern District of Illinois. See 28 U.S.C. §§ 1397, 1404(a). Whether Plaintiff should be granted the relief he seeks in his pending motions and requests are determinations to be made by the transferee court. Summonses shall not issue from this court. This order closes this action in this court. Thus, the Court also directs the Clerk of Court to terminate ECF 7, 13, 15, and 16 on the docket of this action in this court. This Court defers to the transferee court as to whether to maintain the abovementioned restrictions on electronic access to certain court submissions. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444−45 (1962). SO ORDERED. (Signed by Judge Laura Taylor Swain on 8/13/2026) (vfr) Transmission to Office of the Clerk of Court for processing. (Main Document 17 replaced on 8/27/2026) (vfr). (Entered: 08/17/2026) |
| 08/13/2026 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Northern District of Illinois.(vfr) (Entered: 08/25/2026) |
| 08/15/2026 | 18 | PLAINTIFF'S NOTICE OF CONCURRENT CHOSE IN ACTION AND TENDER OF CONDITIONAL EQUITABLE INTEREST UNDER FRCP 67. Document filed by Felipe Nery Gomez. Dated: 8.15.26. (bw) (Entered: 08/19/2026) |
| 08/21/2026 | 19 | PLAINTIFF'S MOTION TO RECONSIDER 8.17.26 ORDER CHOICE OF TRANSFER VENUE AND TO MODIFY ORDER TO TRANSFER TO NJD OR DCC INSTEAD OF NDIL. Document filed by Felipe Nery Gomez. (ap) (Entered: 08/26/2026) |
| 08/29/2026 | | Received e−mail from the United States District Court − Northern District of Illinois acknowledging receipt of transferred case. Assigned Case Number: 1:26−cv−10456, filed on 8/28/2026. (vba) (Entered: 08/29/2026) |
| 09/01/2026 | 20 | NOTICE OF APPEAL from 17 Order,,,,. Document filed by Felipe Nery Gomez..(nd) (Entered: 09/03/2026) |
| 09/01/2026 | | Appeal Fee Due: for 20 Notice of Appeal.$605.00 Appeal fee due by 9/15/2026 or move to proceed in forma pauperis on appeal in the U.S. Court of Appeals for the Second Circuit..(nd) (Entered: 09/03/2026) |
| 09/03/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 20 Notice of Appeal..(nd) (Entered: 09/03/2026) |
| 09/03/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 20 Notice of Appeal filed by Felipe Nery Gomez were transmitted to the U.S. Court of Appeals..(nd) (Entered: 09/03/2026) |